IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL R. KELLER,

    Plaintiff,

v.                                      CASE NO. 1:11-cv-77-MP-GRJ

RUSSELL HINOTE,
and C. HOLMES,

    Defendants.

_____/

# O R D E R

This case is before the Court on Doc. 17, an unexecuted summons for Defendant Holmes that was returned with a notation that Officer Chad Holmes no longer works for the Levy County Jail. Because Defendant Holmes still remains to be served, the Court will direct the Levy County Jail to notify the Court whether there is a forwarding address for Defendant Holmes and, if so, to provide that address in confidence to the United States Marshals Service ("USMS").

Accordingly, it is hereby **ORDERED**:

1. The Clerk shall issue a summons for Defendant Holmes indicating that Defendant Holmes has 60 days in which to file a response to the complaint.

2. The **Clerk** shall send the summons, a copy of this order, and a copy of the amended complaint (Doc. 12), to Keith C. Tischler, Jolly & Peterson, P.A., P.O. Box 37400, Tallahassee, FL 32315. Keith C. Tischler is the attorney for Defendant Hinote, who is still employed at the Levy County Jail.

3. The Mr. Tischler shall have **thirty (30) days** from the date of this Order within which to: (1) inform the USMS office in Gainesville in confidence of the last known address of Defendant Holmes; or (2) enter an appearance on behalf of Defendant Holmes; or (3) advise the Court that neither

alternative is possible.  If the address is provided to the USMS, Mr. Tischler shall file an appropriate notice with the Court.   **In such event, Mr. Tischler shall also forward to the USMS the copy of this order, the summons, and the service copy of the complaint.  The USMS shall protect the confidentiality of any address provided by the Levy County Jail as required by Florida law, and shall not disclose any such information on any document filed with the Court.**  Upon the filing of such notice, the Court will issue further instructions for service of process.

**DONE AND ORDERED** this 10th day of February 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge