IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL R. KELLER,

    Plaintiff,

v.                                      CASE NO. 1:11-cv-77-MP-GRJ

RUSSELL HINOTE and
C. HOLMES,

    Defendants.

_____/

## O R D E R

    This matter is before the Court on the Motion To Compel of Defendant Russell Hinote. (Doc. 24.) The Court previously granted Defendant's Motion to Compel and ordered Plaintiff to file a response to Defendant's request for attorney's fees and costs on or before April 30, 2012. (Doc. 25.) To date, Plaintiff has failed to respond to this Court's Order.

    Accordingly, upon due consideration, it is **ORDERED**:

On or before May 16, 2012 Defendant is directed to submit an affidavit in support of his request for costs and attorney's fees incurred in bringing his motion to compel.

**DONE AND ORDERED** this 2nd day of May 2012.

                                      *s/ Gary R. Jones*
                                      GARY R. JONES
                                      United States Magistrate Judge