IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL R KELLER,

    Plaintiff,

v.                                              CASE NO. 1:11-cv-77-MP-GRJ

RUSSELL HINOTE AND
C HOLMES,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc. 24, Defendant Hinote's motion to compel and for attorney's fees and costs, and Doc. 28, Defendant Hinote's notice of filing affidavit of counsel regarding the attorney's fees.  The motion to compel has previously been granted.  (Doc. 25.)   This Court directed Plaintiff to file a response to the request for attorney's fees on or before April 30, 2011.  (Doc. 25).  Plaintiff has not filed any response or objection to the requested fees and the time for doing so timely has expired.

Defendant requests attorney's fees in the sum of $227.50 representing 1.3 hours of attorney time at the rate of $175.00 per hour.  Based on the review of the services performed the Court finds that the requested hours are reasonable and necessary and that the rate of $175.00 per hour is within the range of a reasonable hourly rate in the North Florida legal community.  Defendant does not attest to any costs associated with the motion to compel.

Accordingly, it is **ORDERED AND ADJUDGED** that**:**

1. Defendant Hinote's request for attorney's fees and costs, Doc. 24, is **GRANTED.**

2. Plaintiff shall pay the sum of $227.50 to Defendant as a sanction for the filing of Defendant's motion to compel.

**DONE AND ORDERED** this 15th day of May 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge